THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES DOSS, JR., Defendant-Appellant.

(No. 58087; ▮▮▮▮▮▮▮▮▮)

First District (3rd Division)—March 7, 1974.

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

James J. Doherty, Public Defender, of Chicago (Ronald P. Alwin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Barry Rand Elden, and Timothy John Lee, Assistant State's Attorneys, of counsel), for the People.